AUG 16 2023 AM10:03
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BENTLEY LAND HOLDINGS, LLC,

      Plaintiff,

v.                                                                    2:23-CV-057-Z-BR

ATLANTIC CASUALTY
INSURANCE COMPANY,

      Defendant.

## NOTICE

Before the Court is parties' Stipulation of Dismissal With Prejudice (ECF No. 22), filed on

August 9, 2023. The filing is a "stipulation of dismissal signed by all parties who have appeared."

FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal

requested by both parties is effective upon filing and does not require the approval of the court."

*Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order

of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*,

66 F.3d 77, 82 (5th Cir. 1995). Therefore, the Court **DIRECTS** the United States District Clerk to

close the case.

      The Court issues notice accordingly.

August 16, 2023

                                  MATTHEW J. KACSMARYK
                                  UNITED STATES DISTRICT JUDGE